[No. 32878-6-I.    Division One.    May 15, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD RAY WYNDON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-01461-5, James A. Trujillo, J. Pro Tem.,

entered June 28, 1993. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker, C.J., and Agid, J.